**JAMES P. NOLAN & ASSOCIATES**
61 Green Street
Woodbridge, New Jersey 07095
Telephone: (732) 636-3344
Fax: (732) 636-1175

## IN THE UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD CASAGRAND and DYLAN SCHLOSSBERG individually and on behalf of all others similarly situated, | ) ) ) ) | **DOCUMENT ELECTRONICALLY FILED** <br><br> Civil Action No. 2:14-cv-00022(SRC)(CLW) |
| Plaintiffs, <br> v. <br><br> GANNETT CO., INC., a Delaware corporation, and MARKETING PLUS, INC., a New Jersey corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) | **APPLICATION PURSUANT TO LOCAL CIVIL RULE 6.1(b) FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

Application is hereby made pursuant to Local Civil Rule 6.1(b) for a Clerk's Order

extending the time within which defendant Marketing Plus, Inc. ("MPI") may answer, move

or otherwise respond to the Complaint filed by plaintiffs Richard Casagrand and Dylan

Schlossberg individually and on behalf of all others similarly situated.

It is hereby represented that:

1.   No previous extension has been obtained;

2.   Service of Process was effected on MPI on January 16, 2014; and

3.   MPI's time to answer, move, or otherwise respond expires on February 5,

2014, and has not expired.

Respectfully submitted,

JAMES P. NOLAN & ASSOCIATES


By: /s Fred Rubenstein
    Fred Rubenstein, Esq.

    61 Green Street
    Woodbridge, New Jersey 07095
    Telephone: (732) 636-3344
    Fax: (732) 636-1175
    frubenstein@jpnlaw.us


## ORDER

The above application is ORDERED GRANTED and the time for Defendant Marketing Plus, Inc. may answer, move, or otherwise respond to the Complaint is hereby extended to February 19, 2014.


ORDER DATED: _____

       WILLIAM T. WALSH, Clerk


       By: _____
       Deputy Clerk