# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**RICHARD CASAGRAND, ET AL.,**
*Plaintiff*

V.   **SUMMONS IN A CIVIL CASE**

**GANNETT CO., INC., ET AL.,**
*Defendant*

CASE NUMBER: **2:14–CV–00022–SRC–CLW**

TO: *(Name and address of Defendant):*

> MARKETING PLUS, INC.
> c/o
> MONTY CERASANI
> 135 GREEN ST,
> WOODBRIDGE, NJ 07095

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

> Stefan L. Coleman
> law@stefancoleman.com
> LAW OFFICES OF STEFAN COLEMAN, LLC
> 1072 Madison Avenue, Suite 1 Lakewood, New Jersey 08701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Dianne C. Richards**
(By) DEPUTY CLERK



ISSUED ON **2014–01–06 14:00:17.0**, Clerk
USDC NJD

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 2:14-CV-00022-SRC-CLW

Plaintiff:
**RICHARD CASAGRAND, ET AL.**

vs.

Defendant:
**GANNETT CO., ET AL.**

For:
Stefan Coleman, Esq.
Law Offices Of Stefan Coleman, LLC
1072 Madison Avenue
Suite 1
Lakewood, NJ 08701

Received by DIRECT PROCESS SERVER, LLC to be served on **MARKETING PLUS, INC., 135 GREEN STREET, C-O: MONTY CERASANI, WOODBRIDGE, NJ 07095**.

I, Sharon McCabe Villa, being duly sworn, depose and say that on the **16th day of January, 2014** at **9:40 am**, I:

served a **CORPORATION** by delivering a true copy of the **Cover Letter, Summons In A Civil Case and Class Action Complaint And Jury Demand** with the date and hour of service endorsed thereon by me, to: **JOHN SAPARITO** as **MANAGING AGENT** for **MARKETING PLUS, INC.**, at the address of: **135 GREEN STREET, WOODBRIDGE, NJ 07095**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 57,  Sex: M,  Race/Skin Color: White,  Height: 5'7",  Weight: 230,  Hair: Salt & Pepper,  Glasses: N

I certify that I am over the age of 18, and a competent adult not having a direct interest in the litigation.

Subscribed and Sworn to before me on January 23, 2014 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Sharon McCabe Villa 1/23/14
Process Server

DIRECT PROCESS SERVER, LLC
373 Smithtown Bypass
Suite 212
Hauppauge, NY 11788
(631) 343-6331
Our Job Serial Number: DPR-2014000095

Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

