DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000
*Attorneys for Defendant Gannett Co., Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD CASAGRAND and DYLAN SCHLOSSBERG individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>GANNETT CO., INC., and MARKETING PLUS, INC.,<br><br>　　　　　　　　　　Defendants. | DOCUMENT ELECTRONICALLY FILED<br><br>Civil Action No. 2:14-cv-00022(SRC)(CLW)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

To:　The Clerk of the Above-Entitled Court and All Parties in Interest

　　　PLEASE TAKE NOTICE that Drinker Biddle & Reath LLP, counsel for defendant Gannett Co., Inc., has a new address effective immediately with this filing.  Drinker Biddle & Reath LLP's new address is 600 Campus Drive, Florham Park, New Jersey, 07932-1047.

　　　　　　　　　　　　　　　　DRINKER BIDDLE & REATH LLP
　　　　　　　　　　　　　　　　*A Delaware Limited Liability Partnership*
　　　　　　　　　　　　　　　　600 Campus Drive
　　　　　　　　　　　　　　　　Florham Park, New Jersey 07932-1047
　　　　　　　　　　　　　　　　(973) 549-7000
　　　　　　　　　　　　　　　　*Attorneys for Defendant Gannett Co., Inc.*

　　　　　　　　　　　　　　By:　*/s/ Matthew J. Fedor*
Dated:  May 7, 2014　　　　　　Matthew J. Fedor

1

## CERTIFICATION OF SERVICE

      I hereby certify that on this date I caused Defendant Gannett Co., Inc.'s Notice of Change of Address to be served on all counsel of record via the Court ECF system.

Dated:  May 7, 2014                By:    */s/ Matthew J. Fedor*
                                                          Matthew J. Fedor

FP01/ 7187832.1