**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHY L. WALDOR**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**NEWARK, NJ 07101**<br>**973-776-7862** |

October 31, 2013

PRETRIAL SCHEDULING ORDER

2:14-cv-00022 CASAGRAND et al v. GANNETT CO., INC.-SRC-CLW

**THIS MATTER** having come before the Court for a scheduling conference pursuant to Fed. R. Civ. P. 16 on **10/30/14**; and for good cause shown,

  IT IS on this 31st day of October, 2014,

  ORDERED THAT;

1. **Pre-class certification discovery shall be conducted in phases. Phase 1 shall include:**

    *A.* MPI to supply a list of the number of calls in the 4 year relevant period pertaining to the Asbury Park Press and Journal News

    *B.* Gannett to provide the sales figures for the same publication

    *C.* Gannett/MPI to supply contracts relating to their business relationship for relevant time period (in complaint)

    *D.* Gannett/MPI to provide the method by which the named plaintiff's telephone numbers were obtained

    *E.* MPI to provide information concerning the equipment used to make calls

    *F.* MPI will provide and policies and procedures relating to telemarketing calls. Gannett will provide any policies and procedures relating to their investigation of vendors contracted to make such calls, and information as to whether they are written (paper) or electronic.

    *G.* Parties will meet and confer as to electronic discovery to limit requests and discuss search terms which will be addressed in Phase 2 of pre-certification discovery.
H. Plaintiff will provide TCPA case list and citations for the past 5 years, in which they were

involved. Said list to be provided to the Court as well.

2.      **Rule 26 disclosures** shall be exchanged by **November 13, 2014.**

3.      **Service of initial written discovery** on **December 1, 2014**.

4.      **15 interrogatories** shall be permitted by each party.

5.      The number of depositions shall be decided.

6.      **Motions to amend or add parties** shall be due by **April 15, 2015.**

7.      **Factual Discovery shall conclude**, in Phase 1 of pre-certification discovery by **March 30, 2015.**

8.      Parties will meet and confer as to the possibility of early settlement.

9.      Parties will supply dates to the Court for the next in person status conference to be conducted in February or March of 2015.


                                        *s/Cathy L. Waldor*

                                        **Cathy L. Waldor, U.S.M.J.**